# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR20 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAIME HUNDLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Jaime Hundley (Hundley) (Filing No. 27). Hundley seeks a continuance of the trial of this matter which was scheduled for August 22, 2016. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Hundley's motion to continue trial (Filing No. 27) is granted.

2. Trial of this matter is re-scheduled for **October 24, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 19, 2016, and October 24, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 22nd day of August, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge