# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:16CR20 |
| vs. | | |
| JAIME HUNDLEY, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 37) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss with prejudice the Indictment (Filing No. 1) against Jaime Hundley. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1.    The government's Motion to Dismiss (Filing No. 37) is granted.

2.    The Indictment (Filing No. 1) is hereby dismissed with prejudice as to Jaime Hundley.

Dated this 9th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge